FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

00 MAR 30 AM C: ⁓

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JAMES RICHARD FRYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 98-PT-1506-E |
| ) | |
| SHERIFF RALPH TOLAND, et al., ) | ENTERED |
| ) | |
| Defendants. ) | MAR 30 2000 |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 17, 2000, recommending that the defendants' motions for summary judgment be granted; that plaintiff's claims concerning the conditions under which he was confined in the Clay County Jail be dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a); and that the remainder of plaintiff's claims be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be GRANTED; plaintiff's claims concerning the conditions under which he was confined in the Clay County Jail are due to be DISMISSED WITHOUT PREJUDICE; and the remainder of

40

plaintiff's claims are due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 30TH day of March, 2000.

*[signature]*
ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE